IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARCUS D. WINSTON,

        Petitioner,

vs.

ROB JEFFREYS,

        Respondent.

8:25CV103

**ORDER**

This matter is before the Court on Petitioner's Motion for Extension of Time. Filing No. 11. Petitioner requests a 60-day extension to file an amended habeas petition based on his pending Writ of Certiorari to the United States Supreme Court and his pending motion to alter or amend in the state district court, which Petitioner represents soon will be set for hearing. A review of Petitioner's state court records, of which the Court previously took judicial notice, indicates a hearing is set on Petitioner's motion on July 22, 2025. Upon consideration,

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Extension of Time, Filing No. 11, is granted. Petitioner shall have until **September 2, 2025**, to file an amended petition. Given the length of the extension, **no further extensions shall be granted**.

2. If Petitioner fails to file an amended petition within the time allowed, the Court will conduct an initial review of the present petition, Filing No. 5, and progress this matter accordingly.

3. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 2, 2025**: deadline for Petitioner's amended petition.

Dated this 1st day of July, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2